# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN C. ROTKISKE | : | |
| | : | |
| Plaintiff, | : | NO.: 15-3638 |
| | : | |
| v. | : | |
| | : | |
| PAUL KLEMM, ET AL. | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF APPEAL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Kevin C. Rotkiske, Plaintiff in the above named case, hereby appeals to the United States District Court of Appeals for the Third Circuit from the Order granting Defendants' Motion to Dismiss, dated March 14, 2016 by the District Court named above (Exh. A) (Docket No. 22).

Respectfully submitted,

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff, Kevin C. Rotiske

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

KEVIN C. ROTKISKE :
:
        Plaintiff, :   NO.: 15-3638
:
v. :
:
PAUL KLEMM, ET AL. :
:
        Defendants. :

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 22nd day of March, 2016, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served via ECF, upon the following parties:

Carl E. Zapffe, Esq.
Fenton & McGarvey Law Firm, PSC
2401 Stanley Gault Parkway
Louisville, KY 40223

Robert I. Baroska, III, Esq.
Law Offices of Hayt, Hayt & Landau, LLC
2 Industrial Way West
P.O. Box 500
Eatontown, NJ 07724

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff